IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM D. TURNER | : | CIVIL ACTION |
| v. | : | |
| MARTIN L. DRAGOVICH, et al. | : | NO. 99-3975 |

### ORDER

AND NOW, this 11th day of MARCH, 2015, upon consideration of the Petitioner's Rule 59(e) Motion, the Commonwealth's Response thereto, the other documents filed by the parties, and after review of the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells, is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The Rule 59(e) Motion is **DENIED**;

3. Petitioner has neither shown denial of a federal constitutional right, nor established that reasonable jurists would disagree with this court's procedural disposition of his claims. Consequently, a certificate of appealability is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

JEFFREY L. SCHMEHL, J.