# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM TURNER,<br>    Petitioner, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 99-CV-3975 |
| MARTIN DRAGOVICH, *et al.*,<br>    Respondents. | :<br>:<br>: |

## ORDER

**AND NOW**, this 12th day of October, 2018, **IT IS ORDERED** that:

1. Petitioner's Motion for Relief from Judgment Pursuant to Rule 60(b), Fed.R.Civ.P. is **DENIED**;

2. The Clerk of Court shall **CLOSE** this matter; and,

3. There is no cause to issue a certificate of appealability.

                    **BY THE COURT:**

                    **/s/ Jeffrey L. Schmehl**
                    **JEFFREY L. SCHMEHL, J.**