IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM TURNER, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 99-3975 |
| | : | |
| MARTIN DRAGOVICH, *et al.,* | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this 14ᵗʰ day of August, 2019, upon review of Petitioner's Motion to Alter

a Judgment pursuant to Rule 59(e), it is hereby **ORDERED** as follows:

1. Petitioner's Motion to Alter a Judgment (Docket No. 78) is **DENIED**;

2. The Clerk of Court shall **CLOSE** this matter; and

3. There is no cause to issue a certificate of appealability.


**BY THE COURT:**


**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.